UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                           DATE: November 12, 2024

JUDGE: Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                   Crim. No. 24-731
U.S.A. v. ANDREW BLUM

**APPEARANCES:**
Benjamin Levin, AUSA for the Govt
Frank Arleo, Esq., for Deft (Retained)

NATURE OF PROCEEDING:  **INITIAL APPEARANCE/BAIL/PLEA TO INFORMATION**

**Initial Appearance/Bail Hearing:**
Deft advised of his rights, charges, and penalties.
Hearing on bail held.
Ordered bail set at 50,000 Unsecured Bond.
Order setting conditions of release signed.
Appearance bond signed.

**Plea:**
Defendant sworn.
Deft plead guilty to all Counts of the Information.
Information filed.
Waiver of Indictment filed.
Rule 11 filed.
Sentencing set for March 20, 2025, at 3:00 p.m.
Defendant released.

Time Commenced:  2:30 p.m.
Time Adjourned:    2:50 p.m.
Total time:   20 mins.
Cc: Chambers                                     Carmen D. Soto
                                                 Senior Courtroom Deputy